1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

FEB 0 2 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

5 | TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7071
Facsimile:   (415) 436-7234
Tarek.J.Helou@usdoj.gov

10 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-70015 EDL |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 |
| v. ) | |
| VINCENT MERTES, ) | |
| Defendant. ) | |

On January 30, 2009, the parties in this case appeared before the Court for the government's motion for detention and to set the date for the defendant's preliminary hearing or arraignment. At that time, the parties requested, and the Court agreed, to set the date for the defendant's preliminary hearing or arraignment on February 27, 2009. The parties now request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in

//

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL

1

1  FRCP 5.1(c) be extended through February 27, 2009. The parties agree that, taking into account
2  the public interest in prompt disposition of criminal cases, good cause exists for this extension.
3      The defendant also agrees to exclude for this period of time any time limits applicable
4  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
5  reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. §
6  3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
7  continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
8  U.S.C. § 3161(h)(8)(A).
9  SO STIPULATED:

                            JOSEPH P. RUSSONIELLO
                            United States Attorney

13  DATED: February 2, 2009      /s/
                            TAREK J. HELOU
                            Assistant United States Attorney

16  DATED: February 2, 2009      /s/
                            ANTHONY BRASS
                            Attorney for VINCENT MERTES

18      For the reasons stated above, the Court finds that the extension of time for the
19  defendant's preliminary hearing or arraignment through February 27, 2009 is warranted and that
20  the ends of justice served by the continuance outweigh the best interests of the public and the
21  defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A); FED. R. CRIM. P. 5.1(d). The failure to
22  grant the requested continuance would deny the defendant effective preparation of counsel, and
23  would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

25  SO ORDERED.

27  DATED: 2-3-09

                            THE HONORABLE ELIZABETH D. LAPORTE
                            United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                       2