1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102
        Telephone:   (415) 436-7071
8       Facsimile:   (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   CR No. 09-70015 EDL
                                      )
17         Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXCLUDING TIME UNDER FED. R. CRIM.
18     v.                             )   P. 5.1 and 18 U.S.C. § 3161
                                      )
19 VINCENT MERTES,                    )
                                      )
20         Defendant.                 )
                                      )
21 _____)

22         On February 24, 2009, the parties in this case requested via written stipulation, and the

23 Court agreed, to set the date for the defendant's preliminary hearing or arraignment on March

24 20, 2009. The parties now request that the Court change the date for the defendant's preliminary

25 hearing or arraignment to April 9, 2009. The parties also request that pursuant to Federal Rule

26 of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended

27 through April 9, 2009. The parties agree that, taking into account the public interest in prompt

28 disposition of criminal cases, good cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                                                    1

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

DATED: March 13, 2009      /s/
            TAREK J. HELOU
            Assistant United States Attorney

DATED: March 13, 2009      /s/
            ANTHONY BRASS
            Attorney for VINCENT MERTES

For the reasons stated above, the Court finds that the extension of time for the defendant's preliminary hearing or arraignment through April 9, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A); FED. R. CRIM. P. 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 3/13/09

          THE HONORABLE EDWARD M. CHEN
          United States Magistrate Judge