1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,        )   CR No. 09-70015 EDL
                                     )
17          Plaintiff,               )   STIPULATION AND [~~PROPOSED~~] ORDER
                                     )   CHANGING DATE FOR ARRAIGNMENT
18      v.                           )   AND EXCLUDING TIME UNDER FED. R.
                                     )   CRIM. P. 5.1 and 18 U.S.C. § 3161
19  VINCENT MERTES,                  )
                                     )
20          Defendant.               )
    _____     )
21

22          On March 13, 2009, the parties in this case requested via written stipulation, and the

23  Court agreed, to set the date for the defendant's preliminary hearing or arraignment on April 9,

24  2009.  The parties now request that the Court change the date for the defendant's preliminary

25  hearing or arraignment to April 23, 2009.  The parties also request that pursuant to Federal Rule

26  of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended

27  through April 23, 2009.  The parties agree that, taking into account the public interest in prompt

28  disposition of criminal cases, good cause exists for this extension.

1    The defendant also agrees to exclude for this period of time any time limits applicable

2  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the

3  reasonable time necessary for effective preparation of defense counsel.  18 U.S.C. §

4  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

5  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18

6  U.S.C. § 3161(h)(8)(A).

7  SO STIPULATED:

8                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
9

10  DATED: April 8, 2009              _____/s/_____
11                                                    TAREK J. HELOU
                                                     Assistant United States Attorney
12

13  DATED: April 8, 2009              _____/s/_____
14                                                    ANTHONY BRASS
                                                     Attorney for VINCENT MERTES
15

16    For the reasons stated above, the Court finds that the extension of time for the

17  defendant's preliminary hearing or arraignment through April 23, 2009 is warranted and that the

18  ends of justice served by the continuance outweigh the best interests of the public and the

19  defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d).  The failure to

20  grant the requested continuance would deny the defendant effective preparation of counsel, and

21  would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

22

23  SO ORDERED.

24  DATED:__April 8, 2009__          _____
25                                                    THE HONORABLE BERNARD ZIMMERMAN
                                                     United States Magistrate Judge
26

27

28