JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 436-7200
   Facsimile:   (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-70015 EDL |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE FOR ARRAIGNMENT AND EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 |
| v. | |
| VINCENT MERTES, | Current Arraignment Date: June 12, 2009 |
| Defendant. | Proposed Arraignment Date: July 17, 2009 |

On May 20, 2009, the parties in this case requested via written stipulation, and the Court agreed, to set the date for the defendant's preliminary hearing or arraignment on June 12, 2009. The parties now request that the Court change the date for the defendant's preliminary hearing or arraignment to July 17, 2009. The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through June 12, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

STIP. & [~~PROP.~~] ORDER EXCL. TIME
CR 09-70015 EDL                                                 1

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 10, 2009           /s/
                        TAREK J. HELOU
                        Assistant United States Attorney

DATED: June 10, 2009           /s/
                        ANTHONY BRASS
                        Attorney for VINCENT MERTES

For the reasons stated above, the Court finds that the extension of time for the defendant's preliminary hearing or arraignment through July 17, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Fed. R. Crim. P. 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 6/11/09

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 09-70015 EDL

2